UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-11262-RGS

STEVEN SMITH

v.

BARNSTABLE SUPERIOR COURT

ORDER

October 4, 2021

The instant *pro se* action was initiated on August 3, 2021, by the filing of a motion by Steven Smith, a pretrial detainee confined to the Barnstable County Jail. D. 1. Because Smith sought to have this court intervene in a pending state criminal action, the case was dismissed because Smith's claims implicate the abstention doctrine under *Younger v. Harris*, 401 U.S. 37, 45 (1971). D. 3.

Almost two months after the dismissal of this action, on October 1, 2021, Smith filed a letter complaining about the seventh attorney appointed to represent him in the state court proceedings and again complaining of the length of his pre-trial detention. D. 6.

Smith's filing in this now closed case gives the court no jurisdictional basis for reopening. Accordingly, this case remains closed.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

2